**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case#: 11-71039-JAD |
| Keith A. Sayers & | : | |
| Kimberly A. Sayer | : | |
| | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Keith A. Sayers & | : | |
| Kimberly A. Sayer | : | |
| Movants | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 8, 2016 at docket number 63, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: September 14, 2016          By:   /s/ Paul W. McElrath
                                   Paul W. McElrath, Esquire
                                   Attorney for Debtor/Movant
                                   PA I.D. #86220
                                   McElrath Legal Holdings, LLC
                                   1641 Saw Mill Run Blvd.
                                   Pittsburgh, PA 15210
                                   (412) 765-3606

**PAWB Local Form 24 (07/13)**