Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | **KEITH A. SAYERS** |
| Debtor 2 (Spouse, if filing) | **KIMBERLY A. SAYERS** |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-71039JAD |

# Form 4100N
## Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** JPMORGAN CHASE BANK

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 1 9 9 1

**Property Address:** 2730 TOWN RD
LAJOSE PA 15753

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** Amount

| | |
|---|---|
| a. Allowed prepetition arrearage: | (a) $ 875.64 |
| b. Prepetition arrearage paid by the trustee: | (b) $ 875.64 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. Allowed postpetition arrearage: | (e) $ 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ 875.64 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $513.96

The next postpetition payment is due on 11 / 1 / 2016 (MM / DD / YYYY)

☐ Mortgage is paid directly by the debtor(s).

Form 4100N | **Notice of Final Cure Payment** | page 1

| Debtor 1 | **KEITH A. SAYERS** | Case number *(if known)* | **11-71039JAD** |
|---|---|---|---|
| | Name | | |

### Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**x** /s/ Ronda J. Winnecour          Date  11/15/2016
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | KEITH A. SAYERS | Case number *(if known)* | 11-71039JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE ARREARS (Part 2 (b))** | | | | |
| 09/25/2012 | 0812960 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 35.68 |
| 11/27/2012 | 0821095 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 367.20 |
| 02/25/2013 | 0833589 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 472.76 |
| | | | | 875.64 |
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 01/27/2012 | 0777804 | CHASE HOME FINANCE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,096.55 |
| 02/24/2012 | 0781885 | CHASE HOME FINANCE LLC | AMOUNTS DISBURSED TO CREDITOR | 639.32 |
| 03/27/2012 | 0787286 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 609.28 |
| 04/24/2012 | 0791518 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 613.12 |
| 05/29/2012 | 0795889 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 619.90 |
| 06/27/2012 | 0800292 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 1,244.35 |
| 08/30/2012 | 0808888 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 1,252.60 |
| 09/25/2012 | 0812960 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 606.36 |
| 11/27/2012 | 0821095 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 1,027.92 |
| 01/29/2013 | 0829413 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 624.79 |
| 02/25/2013 | 0833589 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 917.09 |
| 03/26/2013 | 0837708 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 46.92 |
| 04/24/2013 | 0841812 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 626.31 |
| 05/23/2013 | 0845949 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 623.58 |
| 06/25/2013 | 0850103 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 759.03 |
| 07/25/2013 | 0854296 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 490.28 |
| 08/27/2013 | 0858462 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 537.64 |
| 09/26/2013 | 0862591 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 10/25/2013 | 0866702 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 11/22/2013 | 0870769 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 12/23/2013 | 0874799 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 01/28/2014 | 0878886 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 02/25/2014 | 0882959 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 03/25/2014 | 0887012 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 04/25/2014 | 0891127 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 05/28/2014 | 0895241 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 06/25/2014 | 0899274 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 07/24/2014 | 0903394 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 08/26/2014 | 0907456 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 09/29/2014 | 0911568 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 10/29/2014 | 0915608 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 11/24/2014 | 0919721 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 12/22/2014 | 0924326 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 01/27/2015 | 0928374 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 02/24/2015 | 0932450 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 03/26/2015 | 0936518 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 04/24/2015 | 0940625 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 05/26/2015 | 0944798 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 06/23/2015 | 0948757 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 07/28/2015 | 0952821 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 08/26/2015 | 0956864 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 09/28/2015 | 0960775 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 10/26/2015 | 0964728 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 11/24/2015 | 0968877 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 12/22/2015 | 0972888 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 01/26/2016 | 0976940 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 02/24/2016 | 0980878 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 03/28/2016 | 0984922 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 04/22/2016 | 0989129 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 05/24/2016 | 0993085 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 06/27/2016 | 1001850 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 07/26/2016 | 1005821 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 08/26/2016 | 1009815 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| 09/27/2016 | 1013838 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 513.96 |
| | | | | 31,351.56 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

KEITH A. SAYERS
KIMBERLY A. SAYERS
2730 TOWN ROAD
MAHAFFEY, PA  15757

PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210

JPMORGAN CHASE BANK
ATTN BANKRUPTCY PAYMENT PRCSNG
3415 VISION DR
COLUMBUS, OH  43219

JPMORGAN CHASE BANK NA
ATTN CORRESPONDENCE MAIL MC LA-4-5555
700 KANSAS LN
MONROE, LA  71203

ANDREW F GORNALL ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


| | |
|---|---|
| 11/15/16 | /s/ Renee Ward |
| | Administrative Assistant |
| | Office of the Chapter 13 Trustee |