Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Keith A. Sayers
Kimberly A. Sayers**
   Debtor(s)

Bankruptcy Case No.: 11−71039−JAD
Doc. # 70
Chapter: 13
Docket No.: 71 − 70

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 23rd day of November, 2016, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/3/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/13/17 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/3/17.**

                                                   <u>Jeffery A. Deller</u>
                                                 United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 11-71039-JAD
Keith A. Sayers                                                 Chapter 13
Kimberly A. Sayers
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur                Page 1 of 3           Date Rcvd: Nov 23, 2016
                              Form ID: 408              Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
```
db/jdb        +Keith A. Sayers,    Kimberly A. Sayers,    2730 Town Road,    Mahaffey, PA 15757-6340
13210812      +Allied Interstate,    Consumer Service Department,    PO Box 5023,    New York, NY 10163-5023
13210810      +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
13210811      +Allied Interstate,    3000 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231-7689
13191631     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85015,    Richmond, VA 23285)
13191638     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13210817      +Capital One,    PO Box 1366,    Pittsburgh, PA 15230-1366
13199928      +Capital One Auto Finance,    P.O. Box 829009,    Dallas, TX 75382-9009
13191634      +Ccs/First Savings Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13191636      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13210823      +Chase Bank,    3700 Wiseman Blvd.,    San Antonio, TX 78251-4322
13191637      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13851435       Citifinancial Servicing LLC,    P O Box 6043,    Sioux Falls, SD 57117-6043
13210826      +Columbia House,    Customer Service Center,    PO Box 1114,    1400 N. Fruitridge Avenue,
               Terre Haute, IN 47804-1776
13239276      +Consumer Loan Center,    Mailstop: P5-PCLC-02-R,    2730 Liberty Avenue,
               Pittsburgh PA 15222-4704
13210827      +Credit Control,    2410 Broad Avenue,    Altoona, PA 16601-1940
13210829      +First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
13191640      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13210833      +Gordon & Weinberg, P.C.,    1200 Laurel Oak Road Suit104,    Voorhees, NJ 08043-4317
13237992      +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4- 7119,    3415 Vision Drive,
               Columbus, OH 43219-6009
13205133      +JPMorgan Chase Bank,NA,    201 N Central Ave,    Phoenix,AZ 85004-0905
13210834      +Kamal Khalaf, MD,    Diagnostic Radiology,    PO Box 437,    Punxsutawney, PA 15767-0437
13210835      +Law Office of Mitchell N. Kay,    7 Penn Plaza,    18th Floor,    New York, NY 10001-3967
13268477      +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13191644      +Monterey County Bank,    Po Box 4499,    Beaverton, OR 97076-4499
13191645      +National Credit Soluti,    Po Box 15779,    Oklahoma City, OK 73155-5779
13210839      +Northland Group Inc.,    P.O. Box 390905,    Edina, MN 55439-0905
13210840      +Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Avenue,    Roseland, NJ 07068-1787
13309318       OneMain Financial asf CitiFinancial Inc.,    P. O. Box 70911,    Charlotte, NC 28272-0911
13191646      +Onemain,    Po Box 499,    Hanover, PA 17076-0499
13191647     #+Pa Collection Svc,    63 Valley View Dr,    Washington, PA 15301-2409
13210844      +Receivable Management Services,    PO Box 1548,    Lynnwood, WA 98046-1548
13191648       Shell/Citi,    Po Box 15687,    Wilmington, DE 19850
13292148       Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
13191649      +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 24 2016 01:53:02
               Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
               Arlington, TX 76006-1347
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2016 02:08:10
               Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX 77210-4457
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2016 02:07:09
               Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Nov 24 2016 02:38:01
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
13191629       E-mail/Text: bnc-applied@quantum3group.com Nov 24 2016 02:02:09      Applied Bank,
               601 Delaware Ave,    Wilmington, DE 19801
13222156      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 24 2016 02:01:31      Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
13191630      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 24 2016 02:01:31      Asset Acceptance Llc,
               Po Box 1630,    Warren, MI 48090-1630
13191633      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 24 2016 01:53:16      Capital One Auto Finan,
               3901 Dallas Pkwy,    Plano, TX 75093-7864
13210819      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 24 2016 01:53:16
               Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
13201943      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 24 2016 01:52:35
               Capital One Auto Finance (CODB),    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
13191639      +E-mail/Text: creditonebknotifications@resurgent.com Nov 24 2016 02:00:42      Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
13214024       E-mail/Text: bnc-quantum@quantum3group.com Nov 24 2016 02:01:00
               Elite Recovery Acquisitions, LLC,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA 98083-0788
13253529       E-mail/PDF: rmscedi@recoverycorp.com Nov 24 2016 02:38:01      Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0315-7          User: jfur              Page 2 of 3                  Date Rcvd: Nov 23, 2016
                              Form ID: 408            Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13191641       E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2016 02:37:57      Gemb/Ge Money Bank Low,
                 Po Box 103065,    Roswell, GA 30076
13191642      +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2016 02:37:57      Gemb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
13245711       E-mail/PDF: rmscedi@recoverycorp.com Nov 24 2016 02:38:01      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13286356       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 24 2016 01:53:11      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13191643      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 24 2016 01:52:41      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13619908       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2016 02:07:39      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13537109       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2016 02:08:10      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13224652      +E-mail/Text: bncmail@w-legal.com Nov 24 2016 02:01:52      OAK HARBOR CAPITAL III LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13213379       E-mail/Text: ebn@vativrecovery.com Nov 24 2016 02:00:53      Palisades Acquisition XVI LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition XVI L,
                 PO Box 40728,    Houston, TX 77240-0728
13246611      +E-mail/Text: csidl@sbcglobal.net Nov 24 2016 02:02:14      Premier Bankcard/Charter,    POB 2208,
                 Vacaville, CA 95696-8208
13210843      +E-mail/Text: mruth@pah.org Nov 24 2016 02:02:12      Punxsutawney Area Hospital,
                 81 Hillcrest Drive,    Punxsutawney, PA 15767-2616
13527553       E-mail/PDF: rmscedi@recoverycorp.com Nov 24 2016 02:38:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             J.P. Morgan Chase Bank, N.A.
13191628       Keith A. Sayers and Kimberly A. Sayers
13210809       Keith A. Sayers and Kimberly A. Sayers
cr*            Citifinancial Servicing LLC,   P O Box 6043,   Sioux Falls, SD  57117-6043
cr*            Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
13210813*     ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
               (address filed with court: Applied Bank,    601 Delaware Ave,   Wilmington, DE 19801)
13210814*     +Asset Acceptance,   Po Box 1630,    Warren, MI 48090-1630
13191632*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13210815*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85015,   Richmond, VA 23285)
13210816*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,   Richmond, VA 23285)
13210825*     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Pl,   Baltimore, MD 21202)
13210818*     +Capital One Auto Finan,    3901 Dallas Pkwy,   Plano, TX 75093-7864
13210820*     +Ccs/First Savings Bank,    500 E 60th St N,   Sioux Falls, SD 57104-0478
13210822*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13210821*     +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13210824*     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13210828*     +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13210830*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13210831*      Gemb/Ge Money Bank Low,    Po Box 103065,    Roswell, GA 30076
13210832*     +Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
13210836*     +Lvnv Funding Llc,    Po Box 740281,    Houston, TX 77274-0281
13620358*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13537111*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX  77210-4457
13538080*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX  77210-4457
13210837*     +Monterey County Bank,    Po Box 4499,    Beaverton, OR 97076-4499
13210838*     +National Credit Soluti,    Po Box 15779,    Oklahoma City, OK 73155-5779
13210841*     +Onemain,    Po Box 499,    Hanover, MD 21076-0499
13210842*     +Pa Collection Svc,    63 Valley View Dr,    Washington, PA 15301-2409
13210845*      Shell/Citi,    Po Box 15687,    Wilmington, DE 19850
13210846*     +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13210847*     +Web Bank,    6440 S Wasatch Ste 300,    Salt Lake City, UT 84121-3518
13191635       ##+Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13292149       ##+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
13191650       ##+Web Bank,    6440 S Wasatch Ste 300,    Salt Lake City, UT 84121-3518
                                                                                 TOTALS: 3, * 28, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-7          User: jfur              Page 3 of 3              Date Rcvd: Nov 23, 2016
                              Form ID: 408            Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   J.P. Morgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jason J. Mazzei    on behalf of Plaintiff Keith A. Sayers jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jason J. Mazzei    on behalf of Plaintiff Kimberly A. Sayers jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Keith A. Sayers ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kimberly A. Sayers ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7